# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# ALBANY DIVISION

| | |
|---|---|
| AMANDA K. MCENTYRE, | : |
| Plaintiff, | : |
| v. | : CASE NO.: 1:17-CV-177 (LAG) |
| SAM'S EAST, INC., *et al.*, | : |
| Defendants. | : |

## ORDER

The Court has been advised that the Parties have agreed to a settlement of this case. Email from Chip Beaton, Counsel for Defendant, to Marcia Alvarez Benavidez, Courtroom Deputy, U.S. District Court for the Middle District of Georgia (March 5, 2025, 10:24 AM) (on file with the Court). The Court hereby **DIRECTS** the Clerk of Court to administratively close the case in order to allow the parties to finalize the settlement agreement. The Parties are **ORDERED** to file a Stipulation of Dismissal or move to reopen this case no later than **sixty (60) days** of the date of this Order.

**SO ORDERED**, this 5th day of March, 2025.

/s/ Leslie A. Gardner
**LESLIE A. GARDNER, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**